No. 554, Misc., October Term, 1947. GRAY v. UNITED STATES, 334 U. S. 853. Rehearing denied.

No. 559, Misc., October Term, 1947. SHOTKIN ET AL. v. THOMAS A. EDISON, INC., 334 U. S. 861. Rehearing denied.

No. 561, Misc., October Term, 1947. SHOTKIN v. KAPLAN ET AL., 334 U. S. 857. Rehearing denied.

No. 306, Misc., October Term, 1947. McGOUGH v. UNITED STATES, 334 U. S. 829. Petition for reconsideration of order denying rehearing denied.

OCTOBER 13, 1948.

No. 149, Misc. WILLIAMS v. DUFFY, WARDEN. Supreme Court of California. Certiorari denied. Motion for a stay of execution denied. *Reginald Lyon Dyer* for petitioner.